■ In the Matter of HAROLD M. FISHMAN (Admitted as HAROLD MICHAEL FISHMAN), a Disbarred Attorney. [755 NYS2d 234] —Petition for reinstatement granted only to the extent of referring this matter to the Disciplinary Committee to designate a Hearing Panel to conduct a hearing, as indicated. No opinion. Concur—Andrias, J.P., Buckley, Rosenberger, Ellerin and Friedman, JJ.